# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Andy Rawlins and Michelle Cornelius, : <br> : <br> Plaintiffs, : <br> v. : <br> : <br> Diversified Collection Services, Inc.; and : <br> DOES 1-10, inclusive, : <br> : <br> Defendant. : <br> : | Civil Action No.:  1:12-cv-10539-JCB |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Andy Rawlins and Michelle Cornelius ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 20, 2012

                                        Respectfully submitted,

                                        By: /s/ Sergei Lemberg

                                            Sergei Lemberg, Esq.
                                            BBO No.: 650671
                                            Lemberg & Associates L.L.C.
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile:  (203) 653-3424
                                            Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 20, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  /s/ Sergei Lemberg

                                               Sergei Lemberg